IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| RIGOBERTO FORTUNA GUZMAN, | § § § | |
| *Petitioner*, | § § § | No. 1:26-CV-00239-DAE |
| v. | § § | |
| BONDI, *et al.*, | § § § | |
| *Respondents*. | | |

ORDER

Before the Court is Petitioner Rigoberto Fortuna Guzman's ("Petitioner") Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241. (Dkt. # 1.) Upon reviewing the Petition, it is unclear to the Court where both where Petitioner is being held and which parties he intends to include. Although the Warden of the T. Don Hutto Detention Center is named in the case caption, they are not named as a party—rather, the Warden of the South Texas Detention Complex is named as a party. (Dkt. # 1 at ¶ 26.) Further, Petitioner asserts facts suggesting he is detained at the South Texas Detention Complex, which is located in the San Antonio division and nowhere asserts he is held at the T. Don Hutto Detention Center. (Dkt. # 1 at ¶¶ 21, 25.) Given the conflicting information provided, the **Court will permit Petitioner to amend his Petition within one week**, on or before **February 12, 2026**. The Court requests clarification as to

1

where Petitioner is detained, as well as which parties should be properly included as defendants.

**IT IS SO ORDERED**.

**DATED**: Austin, Texas, February 5, 2026.

_____
David Alan Ezra
Senior United States District Judge